IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MINDY RICHARDSON,<br><br>　　Plaintiff,<br><br>v.<br><br>AFLAC Incorporated, a Georgia Corporation, RICK KIMBROUGH, Individually and MARY KIMBROUGH, Individually,<br><br>　　Defendants. | Case No. 4:01-CV-90079<br><br>MEMORANDUM IN SUPPORT OF RICK AND MARY KIMBROUGH'S MOTION TO DISMISS |

**Statement of Facts**

On February 6, 2001, Plaintiff Mindy Richardson sued Defendants Richard and Mary Kimbrough as individuals. The Kimbroughs were served on March 25, 2001. Ms. Richardson's claims are based on 42 U.S.C. § 2000e. Complaint at ¶¶ 1, 2, 9. Section 2000e is otherwise known as Title VII. Although the Kimbroughs, of course, deny Ms. Richardson's allegations, they also move to dismiss because Title VII does not provide any cause of action against them.

**Argument**

As stated in Ms. Richardson's Complaint, she sues Rick and Mary Kimbrough individually under Title VII. The Eighth Circuit Court of Appeals makes clear that Title VII does not provide a cause of action against individuals. Spencer v. Ripley Cty. State Bank, 123 F.3d 690, 691-92 (8th cir. 1997) (holding that supervisors may not be liable under Title VII); Bonomolo v. Clay Central-Everly Comm. Sch. Dist., 121 F.3d 446, 447 (8th Cir. 1997) ("Our Court quite recently has squarely held that

FILED 4/4/01 2:26:47 PM, USDC, Southern District of Iowa

- 2 -

supervisors may not be liable under Title VII."); see Lenhardt v. Basic Institute of Technology, Inc., 55 F.3d 377, 379-81 (8th Cir. 1995). For the foregoing reasons, the Kimbroughs hereby ask that all claims against them be dismissed.

        BELIN LAMSON McCORMICK ZUMBACH
        FLYNN, A Professional Corporation


        By _____
         Michael R. Reck    PK1049309
         Danielle M. Shelton   PK000014920

        The Financial Center
        666 Walnut Street Suite 2000
        Des Moines, IA  50309-3989
        Telephone:  (515) 283-4645
        Telecopier: (515) 288-8714
        Email:  mrreck@belinlaw.com

        ATTORNEYS FOR DEFENDANTS
        RICK KIMBROUGH and MARY KIMBROUGH

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on April 4, 2001 by

☐ U.S. Mail ☐ FAX

☐ Hand Delivered ☐ Electronic Mail

☐ FedEx/ Overnight Carrier ☐ Other

Stanley E. Munger
Jay E. Denne
Munger, Reinschmidt & Denne
600 Fourth Street, 303 Terra Centre
P.O. Box 912
Sioux City, IA  51102

Randall D. Armentrout
Moyer & Bergman, P.L.C.
2720 1st Avenue NE
P.O. Box 1943
Cedar Rapids, IA  52406-1943

Signature: _____