FILED
APR 1 6 2001
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
Southern District of Iowa

| | |
|---|---|
| MINDY RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4-01-CV-90079 |
| | ) |
| v. | ) |
| | ) |
| AFLAC Incorporated, a Georgia | ) DEFENDANT AFLAC |
| Corporation, RICK KIMBROUGH, | ) INCORPORATED'S MOTION TO |
| Individually and MARY KIMBROUGH, | ) DISMISS OR ALTERNATIVELY FOR |
| Individually, | ) SUMMARY JUDGMENT |
| | ) (ORAL ARGUMENT REQUESTED) |
| Defendants. | ) |

Defendant AFLAC Incorporated moves the Court to dismiss this action, pursuant to Federal Rule of Civil Procedure 12, or, in the alternative, to grant summary judgment to AFLAC, pursuant to Rule 56, and in support of its motions states as follows:

1. Plaintiff's complaint is premised on an alleged violation of 42 U.S.C. §§ 2000e-2000e-15 ("Title VII").

2. Title VII applies only to "employers."

3. AFLAC has never been Plaintiff's "employer" under the definition of that term as set forth in Title VII, or under any other definition. See 42 U.S.C. § 2000e (b).

4. As it pertains to this lawsuit, Plaintiff's only employer has been an independent insurance agency owned and operated by Defendants Mary and Richard Kimbrough.

5. The Plaintiff can prove no set of facts that would create an employer-employee relationship between herself and AFLAC.

6. There are no genuine issues of material fact. The undisputed facts demonstrate that AFLAC was never Plaintiff's employer.

7. Defendant AFLAC submits a brief and statement of undisputed material facts in support of its motion, as well as the affidavits of Richard R. Kimbrough and Arthur Smith.

WHEREFORE, Defendant AFLAC Incorporated respectfully requests that the Court grant its motion to dismiss or, alternatively, grant its motion for summary judgment. AFLAC Incorporated requests oral argument on its motion.

MOYER & BERGMAN, P.L.C.

By: *Randall D. Armentrout*
Randall D. Armentrout LI0013094
Lisa A. Stephenson LI1433186
2720 First Avenue NE
P. O. Box 1943
Cedar Rapids, IA 52406-1943
Telephone: (319) 366-7331
Fax: (319) 366-3668

ATTORNEYS FOR DEFENDANT,
AFLAC INCORPORATED

Original filed.

Copy to:

Stanley E. Munger
Jay E. Denne
Munger, Reinschmidt & Denne
600 Fourth St., 303 Terra Centre
P.O. Box 912
Sioux City, IA 51102

Michael R. Reck
Belin, Lamson, McCormick, Zumbach, Flynn, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above entitled cause by enclosing the same in an envelope addressed to each party at their respective address as disclosed on the service list appended hereto by:

☒ U.S. Mail ☐ Fax ☐ Hand Delivery
☐ Overnight Carrier ☐ Certified Mail ☐ Other

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of April, 2001 in Cedar Rapids, Linn County, Iowa.

*Deanna Wilson*