IN THE UNITED STATES DISTRICT COURT
Southern District of Iowa

FILED
APR 1 6 2001
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MINDY RICHARDSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 4-01-CV-90079 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S MOTION TO STAY |
| AFLAC Incorporated, a Georgia | ) | DISCOVERY |
| Corporation, RICK KIMBROUGH, | ) | |
| Individually, and MARY KIMBROUGH, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, AFLAC Incorporated, moves the Court to stay discovery pending a resolution of its motion to dismiss or in the alternative for summary judgment, and in support thereof states:

1. This action was commenced on February 6, 2001, by Plaintiff filing a Complaint and Jury Demand.

2. Plaintiff served with her Complaint a First Set of Interrogatories and a First Request for Production of Documents.

3. On March 6, 2001, Defendant AFLAC accepted service of the Complaint and discovery.

4. The parties have not yet met as required by Fed. R. Civ. P. 26(f).

5. Under Fed. R. Civ. P. 26(d), a party may seek discovery prior to the Rule 26(f) meeting only if the Court, upon motion, orders that early discovery be conducted, or if the parties agree to conduct early discovery.

6. No such motion has been made, and AFLAC is not agreeable to conducting discovery at this juncture.

7. Concurrently with this motion to stay discovery, Defendant is filing a motion to

Pleading # 10

Judges Copy to Shields

dismiss, pursuant to Rule 12(b), or in the alternative for summary judgment, pursuant to Rule 56(c).

8.  Allowing discovery to proceed before Defendant's motion to dismiss is ruled upon would amount to a waste of time and resources. The Court's ruling on Defendant's motion to dismiss could be dispositive of the entire matter. Both the interests of justice and judicial economy would be served by staying substantive discovery until the motion to dismiss is ruled upon.

WHEREFORE, Defendant AFLAC Incorporated respectfully requests that its motion for a stay of discovery be granted for the above stated reasons.

MOYER & BERGMAN, P.L.C.

By _Randall D. Armentrout_
Randall D. Armentrout LI0013094
Lisa A. Stephenson LI1433186
2720 First Avenue NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943
Telephone:   (319) 366-7331
Facsimile:   (319) 366-3668
ATTORNEYS FOR DEFENDANT
AFLAC INCORPORATED

Copy to:

Mr. Stanley E. Munger
Mr. Jay E. Denne
Munger, Reinschmidt & Denne
600 Fourth Street, 303 Terra Centre
P.O. Box 912
Sioux City, IA 51102

Michael R. Reck
Belin Lamson McCormick Zumbach Flynn, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies, under penalty of perjury, that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above entitled cause by enclosing the same in an envelope addressed to each party at their respective address as disclosed on the service list appended hereto by:

    ☒ U.S. Mail      ☐ Fax      ☐ Hand Delivery
    ☐ Overnight Carrier      ☐ Certified Mail      ☐ Other

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of April, 2001 in Cedar Rapids, Linn County, Iowa.

                                                                         Deanna Wilson

F:\WP\RDA\AFLAC\Motion to Stay Discovery.wpd