**FILED**

APR 2 3 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
Southern District of Iowa

| | |
|---|---|
| MINDY RICHARDSON, | Case No. 4:01-CV-90079 |
| Plaintiff, | |
| v. | SUPPLEMENT TO PLAINTIFF'S |
| AFLAC Incorporated, a Georgia Corporation, | BRIEF IN SUPPORT OF RESISTANCE |
| RICK KIMBROUGH, Individually and | TO RICK AND MARY KIMBROUGH'S |
| MARY KIMBROUGH, Individually, | MOTION TO DISMISS |
| Defendants | |

COMES NOW Plaintiff Mindy Richardson and hereby submits the following Supplement to Plaintiff's Brief in Support of Resistance to Rick and Mary Kimbrough's Motion to Dismiss.

Respectfully submitted this 20th day of April, 2001.

MUNGER, REINSCHMIDT & DENNE

By: _____
Stanley E. Munger

By: _____
Jay E. Denne
600 Fourth Street, 303 Terra Centre
P. O. Box 912
Sioux City, IA 51102
(712) 233-3635
(712) 233-3649 (fax)
ATTORNEYS FOR PLAINTIFF

Pleading # 15

Copy to:

Michael R. Reck
Danielle M. Shelton
The Financial Center
666 Walnut Street Suite 2000
Des Moines, IA 50309-3989

Randall D. Armentrout
Moyer & Bergman, P.L.C.
2720 1st Avenue NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Richardson/Supplement to Brief

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _April 20_, 20_01_.

By: ☒ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Certified Mail ☐ Other

Signature _[signature]_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MINDY RICHARDSON ) | |
| ) | Civil Action No. 4-01-CV90079 |
| Plaintiff, ) | |
| ) | |
| vs. ) | AFFIDAVIT OF RICHARD R. |
| ) | KIMBROUGH |
| AFLAC Incorporated, a Georgia ) | |
| Corporation, RICK KIMBROUGH, ) | |
| Individually and MARY KIMBROUGH, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |

The undersigned, Richard R. Kimbrough, being first duly sworn upon oath, deposes and states:

1. My name is Richard R. Kimbrough. I am an independent insurance agent located at 475 S. 50th Street, Suite 600, West Des Moines, Iowa 50265. My associates (agents) market and sell insurance products from American Family Life Assurance Company of Columbus ("AFLAC").

2. I entered into an Associate's Agreement with AFLAC to market their products. The agreement that was in effect during Ms. Richardson's employment with me was signed in 1989. See Exhibit "A" attached. The agreement provides that I am an independent contractor of AFLAC and responsible for my own income tax withholding and reporting. Exhibit A at Paragraph 10. I am paid commissions on the AFLAC products I sell and AFLAC reports the payments to me on a form 1099.

3. In December 1996, I entered into a State Sales Coordinator's Agreement with AFLAC. See Exhibit B attached. This agreement confirms my relationship with AFLAC as that of a "non-exclusive independent contractor of AFLAC rather than employer-employee." Exhibit B at

1

Paragraph 2. The agreement provides that I am solely responsible for the operation of my agency, including tax withholding of any employees I hire for my agency. Exhibit B at Paragraph 5(a). Under the agreement, I have "no authority to rent any office, incur any expense for telephone, facilities or personnel, open any bank account, or make any other expenditures, obligation or commitment, in each case in any manner binding on AFLAC." Exhibit B at Paragraph 8. As a state sales coordinator, I am responsible for coordinating the Iowa independent agents marketing AFLAC products.

4. In April 1999, I opened my office in West Des Moines. From 1996 to date, my wife and I have at times hired an individual to provide clerical work.

5. On January 24, 2000, I hired Ms. Mindy Richardson as an assistant administrator. I hired Mindy Richardson through a temporary employment agency in Des Moines.

6. I understand that Ms. Richardson has sued AFLAC.

7. AFLAC has no input or authority regarding any personnel decisions I make involving my office. AFLAC had no input in my decision to hire Ms. Richardson and, as far as I know, AFLAC was not aware of her employment with my office. My wife and I determined Ms. Richardson's wages and benefits.

8. My wife and I also possessed and exercised the sole control over the manner and means by which Ms. Richardson performed her work for us.

9. My wife and I were solely responsible for setting Ms. Richardson's work schedule and establishing the terms and conditions of her employment with our agency.

10. The equipment utilized by Ms. Richardson in performing her job, as well as the actual

2

facilities in which she worked were provided, and paid for, exclusively by my wife and me.

11. My wife and I paid Ms. Richardson and made applicable payroll withholdings.

12. Ms. Richardson received no compensation or benefits from AFLAC.

I affirm and swear that the foregoing is true and complete to the best of my knowledge.

_____
Richard R. Kimbrough

Subscribed and sworn to before me on this 2nd day of April, 2001.

_____
Notary Public

d:\k0374\aff-rkimbrough.doc

Copy to:

Mr. Stanley E. Munger
Mr. Jay E. Denne
Munger, Reinschmidt & Denne
600 Fourth Street, 303 Terra Centre
P.O. Box 912
Sioux City, IA 51102

Michael R. Reck
Belin Lamson McCormick Zumbach Flynn, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies, under penalty of perjury, that on the date indicated below, a true copy of the foregoing instrument was served upon all parties in interest to the above entitled cause by enclosing the same in an envelope addressed to each party at their respective address as disclosed on the service list appended hereto by:

☒ U.S. Mail    ☐ Fax    ☐ Hand Delivery
☐ Overnight Courier    ☐ Certified Mail    ☐ Other

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of April, 2001, in Cedar Rapids, Linn County, Iowa

_____

3