IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MINDY RICHARDSON, | ) | Case No. 4:01-CV-90079 |
| Plaintiff, | ) | |
| v. | ) | |
| AFLAC Incorporated, a Georgia Corporation, RICK KIMBROUGH, Individually and MARY KIMBROUGH, Individually, | ) ) ) ) | MOTION TO STAY DISCOVERY AND QUASH NOTICE OF DEPOSITION |
| Defendants. | ) | |

COME NOW Defendants Rick and Mary Kimbrough and hereby move to quash the deposition notice served on them. No discovery conference has been held, as required by Fed. R. Civ. P. 26(f). Further, depositions were noticed without any consultation with opposing counsel, as recommended by Iowa's Supreme Court in its Standards of Professional Conduct. Further, the depositions were noticed for a location four hours removed from the Kimbroughs' residence and having no connection with the litigation. Finally, the Kimbroughs have been sued as individuals under Title VII. Individuals cannot be liable under Title VII. Further, the Kimbroughs employed only one employee and, thus, are not covered by Title VII pursuant to 42 U.S.C. § 2000e(b). Allowing discovery on meritless claims would be unduly burdensome and not productive.

FILED 4/24/01 3:18:58 PM, USDC, Southern District of Iowa

Respectfully submitted,

BELIN LAMSON McCORMICK ZUMBACH
FLYNN, A Professional Corporation

By _____
   Michael R. Reck          PK1049309
   Danielle M. Shelton     PK000014920

The Financial Center
666 Walnut Street Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
Facsimile: (515) 288-8714
Email: mrreck@belinlaw.com; dmshelton@belinlaw.com

ATTORNEYS FOR DEFENDANTS
RICK KIMBROUGH and MARY KIMBROUGH

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on _April 24_, 2001 by

☑ U.S. Mail          ☐ FAX

☐ Hand Delivered     ☐ Electronic Mail

☐ FedEx/ Overnight Carrier     ☐ Other

Stanley E. Munger
Jay E. Denne
Munger, Reinschmidt & Denne
600 Fourth Street, 303 Terra Centre
P.O. Box 912
Sioux City, IA 51102

Signature: _C J Vandervilt_

d:\k0374\pld-mot stay discovery quash depo-mrr.doc